IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES PRAYOR,

        Petitioner,                  No. CIV S-06-2635 FCD DAD P

    vs.

ROBERT A. HOREL,

        Respondent.             ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 26, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. On August 27, 2007, the court issued an order advising petitioner of the requirements for filing an opposition or a statement of non-opposition to the motion.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner shall file an opposition or a statement of non-opposition to respondent's September 26, 2007 motion to dismiss within 30 days of this order; and

/////

/////

/////

1

2. Petitioner shall file a declaration with his opposition or statement of non-opposition stating why his response to the was not timely filed.

DATED: November 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pray2635.osc